IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,

    Plaintiff,

v.

JANE DOE, OFFICER STEGER,
SERGEANT CHAUSE, KEN MILBECK
OFFICER OLSON, JOHN DOE,
PAMELA WALLACE, BECKY DRESSLER
and RN ARNEVIK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08cv-478-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

SEP 2 9 2009
Date